

(August 1, 2016 through August 31, 2016)

| | | |
|---|---|---|
| Oliver, Matter of, v Board of Assessors of the Towns of Champlain | App Div, 3d Dept: 2016 NY Slip Op 74764(U), 2016 NY Slip Op 74765(U), 2016 NY Slip Op 74766(U), 2016 NY Slip Op 74767(U) | 8/25/16 |
| PineView Apts., LLC v Sathue | City Ct, Niagara County, 5/17/16 | 8/25/16 |

(August 1, 2016 through August 31, 2016)

| | | |
|---|---|---|
| Charite v Duane Reade, Inc. | 2d Dept: 120 AD3d 1378 | 8/2/16 |

(August 1, 2016 through August 31, 2016)

| | | |
|---|---|---|
| People v Agee | 4th Dept: 140 AD3d 1704 (Niagara) | denied 8/24/16 (DiFiore, Ch. J.) |
| People v Alfair | 1st Dept: 139 AD3d 531 (NY) | denied 8/25/16 (Fahey, J.) |
| People v Allen (Kevin) | 4th Dept: 137 AD3d 1632 (Erie) | denied 8/16/16 (DiFiore, Ch. J.) |
| People v Allen (Lamont) | 2d Dept: 140 AD3d 781 (Queens) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Amos | 4th Dept: 140 AD3d 1683 (Erie) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Andretta | 1st Dept: 140 AD3d 476 (NY) | denied 8/23/16 (DiFiore, Ch. J.) |